JS-6

Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:  (949) 553-7560
Facsimile:   (949) 553-7539

Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUNDEEN ) | Case No. SACV12-2199 BRO (ANx) |
| ) | |
| Plaintiff, ) | **ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| ) | |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION ) SOLUTIONS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian

Information Solutions, Inc. ("Experian") is dismissed with prejudice.  Plaintiff

Thomas Lundeen and Experian shall each bear his or its own costs and attorneys'

fees.

**IT IS SO ORDERED.**

Dated:  February 12, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

IRI-59761v1

ORDER]
Case No. SACV12-2199 CJC (ANx)